[No. 67138-3-I. Division One. August 1, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. CASANOVA ROLANDO F. ESCOBANO, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 09-1-01501-9, Christine A. Pomeroy, J., entered March 23, 2010. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Appelwick and Lau, JJ.

[Nos. 28895-1-III; 28896-0-III. Division Three. August 2, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL SMITH, *Appellant*.

Appeals from a judgment of the Superior Court for Benton County, No. 09-1-00132-8, Cameron Mitchell, J., entered February 24, 2010. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, C.J., and Korsmo, J.

[No. 39992-0-II. Division Two. August 3, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN CLARK POWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 09-1-00952-0, John P. Wulle, J., entered November 9, 2009. *Reversed* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Johanson, JJ.

[No. 40278-5-II. Division Two. August 3, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MARIO CHARLES, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 09-1-01228-1, Gary R. Tabor, J., entered February 3, 2010. *Affirmed in part* and *remanded* by unpublished opinion per Worswick, A.C.J., concurred in by Quinn-Brintnall and Van Deren, JJ.